IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cv-00345-FDW

| | |
|---|---|
| BONNIE L. THEISS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOHN E. POTTER, Postmaster General et al., ) | |
| ) | |
| Defendant. ) | |

THE MATTER is before the Court *sua sponte* as to the status of this case. On August 24, 2007, this Court denied Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 3). The Order allowed Plaintiff thirty days within which to pay the filing fee of $350.00. The Order also warned Plaintiff that failure to timely pay the filing fee may result in the dismissal of the case. Since the Order was issued, Plaintiff has not paid the filing fee and the time for doing so has long expired. Furthermore, Plaintiff has taken no further action in prosecution of her claims. Accordingly, the Complaint is DISMISSED without prejudice. The Clerk is DIRECTED TO CLOSE THE CASE. A copy of this Order shall be mailed to Bonnie L. Theiss, 4202 Dunbar Place, Rockford, IL, 61114, which is Plaintiff's address of record.

IT IS SO ORDERED.

Signed: February 26, 2008

Frank D. Whitney
United States District Judge